# United States Bankruptcy Court
## Southern District of Georgia

In re  **Christopher E. Banks**  
                                                Debtor(s)

Case No. _____  
Chapter  **7**

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1  **Christopher E. Banks**

   Employer  **Stokes Hodges**

   Dates of Pay Advices:  From  **01/01/2020**  To  **Present**

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ The Debtor 1 was not employed.

   ☐ The Debtor 1's source of income was from Social Security.

   ☐ The Debtor 1 was self-employed.

2. Debtor 2 (Spouse)  _____

   Employer  _____

   Dates of Pay Advices:  From _____  To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ Debtor 2 was not employed.

   ☐ Debtor 2's source of income was from Social Security.

   ☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| /s/ Roger R. Claridge | May 20, 2020 | /s/ Christopher E. Banks | May 20, 2020 |
|---|---|---|---|
| Signature of Attorney for Debtor(s) | Date | Signature of Debtor 1 | Date |

**Roger R. Claridge 001314**  
Name of Attorney

_____  
Signature of Debtor 2 (if applicable)   Date

Tran_Pay_Adv [Rev. 12/17]
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy



Pay
5/14/20, 2:41 PM

<      May 8 2020

| This Period | **Year To Date** |

## $13,787.66
Gross

### Earnings

| Regular | $0.00 |
|---|---|
| Commission | $13,787.66 |

### Deductions

| Federal Income Tax | $389.90 |
|---|---|
| Social Security | $841.61 |
| Medicare | $196.83 |
| Georgia State Income Tax | $598.28 |
| Dental pre-tax | $7.92 |
| Health | $190.77 |
| Vision pre-tax | $14.64 |

Pay

5/14/20, 2:40 PM

< May 8 2020

**This Period** | Year To Date

## $1,757.64
Net

| | |
|---|---|
| Gross | $2,171.31 |
| Year To Date Gross | $13,787.66 |
| Hours | 29.17 |

### Earnings (Apr 22 - May 5)

| | |
|---|---|
| Regular *(29.17 Hours)* | $0.00 |
| Commission | $2,171.31 |

### Deductions

| | |
|---|---|
| Federal Income Tax | -$83.91 |
| Social Security | -$130.21 |
| Medicare | -$30.46 |
| Georgia State Income Tax | -$97.98 |