IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:                             CHAPTER 7
CHRISTOPHER BANKS                     CASE NO. 20-10511

               Debtor(s)                             TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 2004 End Street Augusta GA 30909-0000 | $82,451.00 | $11,451.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $2,350.00 | $2,350.00 | |
| **Electronics** | | | |
| **Collectibles of value** | | | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $200.00 | $200.00 | |
| **Jewelry** | | | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $150.00 | $150.00 | |
| **Deposits in banks, etc.** | | | |
| South State Bank Checking $100.00 USAA checking and Savings $2.00 | $102.00 | $102.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance policies** | | | |
| **Tax refunds** | | | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | | | |
| **Other Personal Property of Any Kind** | | | |

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: June 24, 2020

_____
James C. Overstreet, Jr., Trustee