# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:   **Christopher E Banks,**
  Debtor.

Case No.:  20–10511–SDB

Judge:  Susan D. Barrett

Chapter:  7

## NOTICE OF CONTINUED HEARING

The Hearing on Motion to Avoid Judicial Lien with Celina Dietz and Response by Celina Dietz originally scheduled **August 13, 2020** has been <u>continued</u> to:

*September 14, 2020, at 10:00 AM,*
*U.S. Bankruptcy Court,*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901.*

All other provisions of the original notice remain in full force and effect.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: August 19, 2020

B–40C [Rev. 07/20]  *CCB*